UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-21127-jrs |
| JUSTIN THOMAS ANDERSON, and GRAYSON EADY ANDERSON, | CHAPTER 13 |
| Debtors. | |
| JUSTIN THOMAS ANDERSON, and GRAYSON EADY ANDERSON, | |
| Objectors, | CONTESTED MATTER |
| v. | |
| INTERNAL REVENUE SERVICE (Claim No. 18), | |
| Claimant. | |

## OBJECTION TO PROOF OF CLAIM

**COME NOW** Debtors, and through counsel file this *Objection to Proof of Claim*, showing to this Honorable Court the following:

1.

Respondent filed a proof of claim (the "Claim") in the above-styled case in the amount of $15,073.91. The Claim is entered as claim number 18 on the Claims Register.

2.

Debtors object to the Claim on the basis that claim shows unassessed taxes for 2024. Debtor shave since filed their 2024 taxes.

3.

Debtors therefore request that the Claim be disallowed until amended to reflect the correct liability amount.

**WHEREFORE**, Debtors pray:

(a) that this Objection be filed, read, and considered;
(b) that the Court sustain this Objection; and
(c) that this Honorable Court grant such other and further relief as it may deem just and proper.

        Respectfully submitted,

*/s/*_____
Jason B. Lutz, GA Bar No. 670673
Attorney for Debtors

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 25-21127-jrs |
| JUSTIN THOMAS ANDERSON, and GRAYSON EADY ANDERSON, | CHAPTER   13 |
| Debtors. | |
| JUSTIN THOMAS ANDERSON, and GRAYSON EADY ANDERSON, | |
| Objectors, | CONTESTED MATTER |
| v. | |
| INTERNAL REVENUE SERVICE (Claim No. 18), | |
| Claimant. | |

### NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM

**PLEASE TAKE NOTICE** that Justin Thomas Anderson and Grayson Anderson filed an Objection to Proof of Claim, and related papers with the Court seeking an order to disallow claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection at **9:40 A.M**. on **January 22, 2026,** in Courtroom **103**, United States Courthouse, **121 Spring Street, SE, Gainesville, 30501**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 103, 121 Spring Street, SE, Gainesville, 30501. You must also mail a copy of your response to the undersigned at the address stated below.

Date: 12/18/2025

/s/
Jason B. Lutz, GA Bar No. 670673
Attorney for Debtors

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**CERTIFICATE OF SERVICE**

     I certify that on the <u>18th</u> day of <u> Dec. </u> 2025, I electronically filed the foregoing *Objection to Proof of Claim* and *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J Whaley, the Standing Chapter 13 Trustee

     I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

| | |
|---|---|
| Justin Anderson<br>Grayson Anderson<br>501 Red Bud Road<br>Jefferson, GA 30549 | United States Attorney<br>Northern District of Georgia<br>Civil Division, Attn: Civil Clerk<br>600 Richard B. Russell Federal Building<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303 - 3309 |
| The Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | Department of Justice - Tax Division<br>Civil Trial Section, Southern Region<br>P.O. Box 14198<br>Ben Franklin Station<br>Washington, D.C. 20044 |
| The Internal Revenue Service<br>Insolvency Unit<br>401 W Peachtree ST, NW<br>Room 900, M/S 334-D<br>Atlanta, GA 30308-3539 | The Internal Revenue Service<br>Sonya Hardin, Bankruptcy Specialist<br>801 Broadway, Room 285, M/S 146<br>Nashville, TN 37203 |

Dated: 12/18/2025

Respectfully submitted,

*/s/*_____
Jason B. Lutz, GA Bar No. 670673
Attorney for Debtors
Clark & Washington, PC
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com